# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1527 | **DATE** | 1/6/2006 |
| **CASE TITLE** | JANELL RIEDL vs. CHICAGO POLICE DEPT, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion to dismiss pursuant to settlement is granted. This action is dismissed with prejudice pursuant to settlement. The motion will not be heard on January 12, 2006 as noticed. Pretrial order submission on January 26, 2006 is vacated.

*Suzanne B. Conlon*

Docketing to mail notices.

| | | Courtroom Deputy Initials: | CB |
|---|---|---|---|